IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| Samantha Elliott, | ) |
| Plaintiff, | ) |
| v. | ) No. 4:24-cv-00608-WBG |
| Wakefield & Associates, LLC, a Colorado limited liability company, | ) |
| Defendant. | ) |

## NOTICE OF SETTLEMENT

Plaintiff hereby gives notice to the Court that she has reached a settlement of her claims against the Defendant. Plaintiff hereby requests that this Court cancel or stay all dates and give her leave to file for dismissal by November 15, 2024.

Dated: October 15, 2024

s/ David J. Philipps
David J. Philipps (Ill. Bar No. 06196285IL)
Philipps & Philipps, Ltd.
9760 S. Roberts Road
Suite One
Palos Hills, Illinois 60457
(708) 974-2900
(708) 974-2907 (FAX)
davephilipps@aol.com

## CERTIFICATE OF SERVICE

I hereby certify that on October 15, 2024, a copy of the foregoing **Notice of Settlement** was filed electronically. Notice of this filing will be sent to the following party by operation of the Court's electronic filing system. Parties may access this filing through the Court's system. Notice of this filing will be sent to the following party via e-mail, on October 15, 2024.

James R. Crump                                jcrump@callahanlawkc.com
Callahan Law Office, LLC
222 West Gregory
Suite 210
Kansas City, Missouri 64114

Notice of this filing will be sent to the following parties via U.S. Mail, first class postage pre-paid, and email on October 15, 2024.

Brian Schierding, General Counsel         brian.schierding@wakeassoc.com
Wakefield & Associates, Inc.
P.O. Box 1566
Jefferson City, Missouri 64101


s/ David J. Philipps_____

David J. Philipps     (Ill. Bar No. 06196285)
Mary E. Philipps     (Ill. Bar No. 06197113)
Angie K. Robertson (Ill. Bar No. 06302858)
Philipps & Philipps, Ltd.
9760 S. Roberts Road
Suite One
Palos Hills, Illinois 60465
(708) 974-2900
(708) 974-2907 (FAX)
davephilipps@aol.com
mephilipps@aol.com
angie@philippslegal.com

2